No. 8,068.—O. E. WADE, RESPONDENT, *v.* E. W. SMITH, APPELLANT.

Decided October 21, 1940.

PER CURIAM.—In accordance with stipulation of the parties, the appeal in the above cause is ordered dismissed.

*Mr. M. J. Lamb* and *Mr. H. M. Gullickson,* for Appellant.

*Mr. Rexford F. Hibbs,* for Respondent.

No. 8,167.—STATE, PLAINTIFF, *v.* ERNEST BRAY, DEFENDANT.

· Decided October 25, 1940.

PER CURIAM.—On motion of the Attorney General it is ordered that the attempted appeal in the above entitled cause be dismissed on the ground that said appeal has never been perfected within the time provided by law.

*Mr. Harrison J. Freebourn,* Attorney General, *Mr. Enor K. Matson* and *Mr. Carl N. Thompson,* Assistant Attorneys General, for the State.